**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Ryan Michael Seal**<br>DOB: 1984; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02695MJ |

Complaint for a violation of Title 18, United States Code, § 1361

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 5, 2025, in the District of Arizona, **Ryan Michael Seal** did willfully injure and commit any depredation against property of the United States, a department or agency thereof, to wit: taillights of a vehicle belonging to United States Homeland Security Investigations (HSI), and the damage to such property is less than $1,000; in violation of Title 18, United States Code, Section 1361, a Class A misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 5, 2025, United States Homeland Security Investigations (HSI) Special Agents and Special Response Team (SRT) members participated in a criminal enforcement operation in the vicinity of St. Mary's Road and Grande Avenue in Tucson, Arizona. During the execution of a search warrant, authorized by a federal judge, a crowd gathered and blocked HSI agents from leaving the search warrant location. During the operation, several SRT members observed a man, later identified as **Ryan Michael SEAL**, willfully damage the taillight of an HSI SRT vehicle. HSI Special Agent B.E. and other SRT members attempted to apprehend **SEAL**, however, he fled from the arrest team. Special Agent B.E. extended his left arm to detain **SEAL**, who was running toward Special Agent B.E. Agent B.E.'s right arm controlled his rifle. While Special Agent B.E. had his left arm extended, **SEAL** ran through the agent's extended left arm and temporarily evaded the arresting agents. However, shortly after colliding with Special Agent B.E., **SEAL** was apprehended. Later, Special Agent B.E. experienced severe pain in his arm. Special Agent B.E. sought medical attention for what appeared to be a detached bicep.

Although the SRT vehicle was unmarked, it had its red and blue law enforcement lights activated that were visible from the front and back of the vehicle. After the vehicle had been damaged, someone from the crowd picked up debris from the broken taillight assemblies and threw it at SRT members.

Both the left and right taillights of the SRT vehicle were broken; one taillight had reportedly sustained damage prior to the event. An initial estimate of the cost to repair the damage to one taillight was approximately $900. Agents arrested **SEAL** for a misdemeanor violation of Title 18, United States Code, Section 1361, Depredation of Government Property.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*James Keefe*<br>OFFICIAL TITLE<br>FBI SA James Keefe |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>December 8, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA Sarah Precup